**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7341**

CHARLES KEE, a/k/a O.P.G., a/k/a Billy Bad Ass, a/k/a G.F., a/k/a 9 Tray, a/k/a
Punisher, a/k/a Ali, a/k/a O. G. Pun, a/k/a Ali Talib Abdul Skakur Muslum,

     Petitioner - Appellant,

   v.

B.M. ANTONELLI, Warden,

     Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.
Mary G. Lewis, District Judge.  (1:19-cv-00217-MGL)

Submitted:  January 23, 2020      Decided:  January 28, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Kee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Kee, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Kee's 28 U.S.C. § 2241 (2018) petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kee v. Antonelli*, No. 1:19-cv-00217-MGL (D.S.C. Sept. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*